| 1. Person Reporting (last name, first, middle initial)<br><br>Gritzner, James E | 2. Court or Organization<br><br>U.S. Dist. Court - S. Iowa | 3. Date of Report<br><br>05/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>123 E. Walnut Street<br>Des Moines, Iowa 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -18 PM 12:04 FINANCIAL DISCLOSURE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. Piper Jaffray Prime Obligations | A | Dividend | J | T | | | | | |
| 3. Columbia Acorn Tr. Fund A | C | Dividend | L | T | | | | | |
| 4. Euro Pac Growth Fd Cl F | A | Dividend | J | T | | | | | |
| 5. Ishares Tr S&P 500 Index | A | Dividend | J | T | Partial Sale | 2/17 | J | A | |
| 6. | | | | | Partial sale | 6/27 | J | A | |
| 7. | | | | | Partial sale | 8/12 | J | A | |
| 8. | | | | | Partial sale | 11/17 | J | A | |
| 9. Templeton Foreign Fd Cl A | A | Dividend | J | T | | | | | |
| 10. IRA #1 | D | Dividend | N | T | | | | | |
| 11. Piper Jaffray Prime Obligations | | | | | | | | | |
| 12. Alliance Bernstein Int'l Val A | | | | | Buy | 4/15 | K | | |
| 13. Amcap Fund F | | | | | Buy | 8/12 | K | | |
| 14. Euro Pac Growth Fd Cl F | | | | | | | | | |
| 15. Fidlty New Insights Fd A | | | | | | | | | |
| 16. Fid. Adv Sr. Viii Div Int'l | | | | | | | | | |
| 17. Fid. Advisor I Eqty Growth A | | | | | Sell | 8/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Value Invs Tr. | | | | | Partial Sale | 8/12 | J | B | |
| 19. Growth Fund Amer Inc Cl F | | | | | Sell | 8/12 | K | C | |
| 20. Mfs Ser Tr Ix Research A | | | | | | | | | |
| 21. Mutual Ser Fd Shs Cl A | | | | | | | | | |
| 22. Templeton Foreign Fd Cl A | | | | | Sell | 4/14 | K | D | |
| 23. IRA #2 | B | Dividend | M | T | | | | | |
| 24. Piper Jaffray Prime Obligations | | | | | | | | | |
| 25. AT&T | | | | | Buy | 10/28 | J | | |
| 26. Agilent Technologies Inc | | | | | Partial Sale | 11/11 | J | A | |
| 27. | | | | | Partial Sale | 12/21 | J | A | |
| 28. Aetna Inc New | | | | | Partial Sale | 2/11 | J | A | |
| 29. | | | | | Partial Sale | 6/22 | J | A | |
| 30. Albertsons Inc | | | | | Partial Sale | 9/9 | J | A | |
| 31. Aon Corp | | | | | Partial Sale | 7/19 | J | | |
| 32. | | | | | Partial Sale | 11/4 | J | A | |
| 33. Bank of America | | | | | | | | | |
| 34. Barrick Gold Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Burlington Resources Inc. | | | | | Buy | 4/15 | J | | |
| 36. Citigroup Inc | | | | | | | | | |
| 37. Computer Assoc Int'l Inc | | | | | | | | | |
| 38. Conocophillips | | | | | Buy | 4/15 | J | | |
| 39. Countrywide Finl Corp | | | | | Buy | 4/5 | J | | |
| 40. Delphi Corp. | | | | | Sell | 3/24 | J | | |
| 41. Discovery Holdg Co. Ser A | | | | | Buy | 4/5 | J | | |
| 42. | | | | | Sell | 7/28 | J | | |
| 43. Dominion Res Inc Va New | | | | | | | | | |
| 44. Fannie Mae | | | | | Buy | 4/5 | J | | |
| 45. Freescale Semiconductor B | | | | | Sell | 2/16 | J | A | |
| 46. Genworth Financial Cl A | | | | | | | | | |
| 47. Hartford Finl Svs. Group | | | | | | | | | |
| 48. Ingersoll Rand Co. Ltd A | | | | | | | | | |
| 49. International Paper Co | | | | | Buy | 4/5 | J | | |
| 50. Jpmorgan Chase & Co | | | | | Buy | 4/5 | J | | |
| 51. Kerr-McGee Corporation | | | | | Buy | 5/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Partial Sale | 5/24 | J | B | |
| 53. Kimberly-Clark Corp | | | | | | | | | |
| 54. Liberty Media Corp A New | | | | | Buy | 4/5 | J | | |
| 55. | | | | | Buy | 12/29 | J | | |
| 56. Lockheed Martin Corp | | | | | | | | | |
| 57. MGIC Invt. Corp | | | | | Buy | 4/5 | J | | |
| 58. Microsoft Corp | | | | | Buy | 2/2 | J | | |
| 59. | | | | | Buy | 6/27 | J | | |
| 60. Motorola Incorporated | | | | | Buy | 4/5 | J | | |
| 61. | | | | | Partial sale | 9/16 | J | A | |
| 62. Noble Energy Inc | | | | | Buy | 2/8 | J | | |
| 63. | | | | | Buy | 5/19 | J | | |
| 64. Northrop Grumman Corp | | | | | | | | | |
| 65. Pitney Bowes Inc | | | | | Buy | 10/19 | J | | |
| 66. Posco Spons Adr | | | | | | | | | |
| 67. Radian Group Inc | | | | | Partial Sale | 9/20 | J | A | |
| 68. Raytheon Co New | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rio Tinto Plc Spons Adr | | | | | | | | | |
| 70. Safeway Inc New | | | | | Sell | 10/19 | J | A | |
| 71. Sprint Corp | | | | | | | | | |
| 72. Transocean | | | | | Partial Sale | 2/3 | J | A | |
| 73. | | | | | Sell | 2/25 | J | A | |
| 74. Tyson Foods, Inc. Class A | | | | | Buy | 12/12 | J | | |
| 75. Union Pacific Corp | | | | | | | | | |
| 76. Verizon Communications | | | | | | | | | |
| 77. Viacom Inc Cl B | | | | | Buy | 9/12 | J | | |
| 78. Wachovia Corp New | | | | | Buy | 4/5 | J | | |
| 79. IRA #3 | B | Dividend | M | T | | | | | |
| 80. Piper Jaffray Prime Obligations | | | | | | | | | |
| 81. Aflac Inc | | | | | Partial Sale | 5/20 | J | A | |
| 82. | | | | | Sell | 6/9 | J | A | |
| 83. Amer Int'l Group Inc | | | | | Buy | 10/20 | J | | |
| 84. | | | | | Partial Sale | 11/16 | J | | |
| 85. Amgen Inc | | | | | Partial Sale | 9/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/29 | J | | |
| 87. Anheuser Busch Cos. Inc. | | | | | Sell | 2/10 | J | | |
| 88. Baker Hughes Inc. | | | | | Buy | 9/16 | J | | |
| 89. Bank of New York | | | | | | | | | |
| 90. Bed Bath & Beyond Inc | | | | | | | | | |
| 91. Carnival Corp. | | | | | Buy | 11/16 | J | | |
| 92. Cintas Group | | | | | Buy | 10/17 | J | | |
| 93. Cisco Systems | | | | | Buy | 2/25 | J | | |
| 94. | | | | | Buy | 10/20 | J | | |
| 95. Citigroup Inc | | | | | Buy | 2/25 | J | | |
| 96. | | | | | Partial Sale | 12/12 | J | | |
| 97. Colgate-Palmolive | | | | | Partial Sale | 2/25 | J | | |
| 98. | | | | | Buy | 10/20 | J | | |
| 99. Dell Inc | | | | | Buy | 2/25 | J | | |
| 100. Disney Walt Company | | | | | Buy | 5/18 | J | | |
| 101. | | | | | Buy | 7/13 | J | | |
| 102. | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000.000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Emerson Electric Co | | | | | Buy | 2/10 | J | | |
| 104. | | | | | Buy | 4/25 | J | | |
| 105. | | | | | Sell | 10/7 | J | A | |
| 106. Gannett Co. Inc. | | | | | Sell | 1/31 | J | | |
| 107. General Electric Company | | | | | Buy | 2/25 | J | | |
| 108. Goldman Sachs | | | | | | | | | |
| 109. Harley Davidson Inc | | | | | Sell | 11/7 | J | | |
| 110. Honeywell Intl. Inc. | | | | | | | | | |
| 111. Illinois Tool Works Inc. | | | | | Buy | 12/16 | J | | |
| 112. Intel Corp | | | | | | | | | |
| 113. Int'l Business Mach Corp | | | | | Partial Sale | 7/13 | J | | |
| 114. | | | | | Sell | 9/21 | J | | |
| 115. Johnson & Johnson | | | | | Buy | 1/31 | J | | |
| 116. | | | | | Buy | 2/25 | J | | |
| 117. Kohl's Corp | | | | | Buy | 12/5 | J | | |
| 118. | | | | | Buy | 12/22 | J | | |
| 119. | | | | | Buy | 12/29 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000.000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lilly Eli & Co | | | | | | | | | |
| 121. Linear Technology Corp | | | | | Buy | 1/24 | J | | |
| 122. | | | | | Buy | 2/25 | J | | |
| 123. Lowes Companies Inc | | | | | Partial Sale | 12/22 | J | A | |
| 124. Mbna | | | | | Partial Sale | 1/18 | J | A | |
| 125. | | | | | Buy | 4/25 | J | | |
| 126. | | | | | Sell | 7/1 | J | | |
| 127. Medco Health Solutions | | | | | Buy | 1/11 | J | | |
| 128. | | | | | Buy | 10/13 | J | | |
| 129. | | | | | Buy | 10/20 | J | | |
| 130. Medtronic Inc | | | | | Buy | 4/25 | J | | |
| 131. Microsoft Corp | | | | | Buy | 2/4 | J | | |
| 132. | | | | | Buy | 2/25 | J | | |
| 133. | | | | | Buy | 10/20 | J | | |
| 134. Morgan Stanley | | | | | | | | | |
| 135. Nokia Corp. | | | | | | | | | |
| 136. Novartis Ag Sponsored ADR | | | | | Buy | 10/17 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000      T =Cash Market
   (See Column C2)      Q =Appraisal      V =Other      S =Assessment
   U =Book Value      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 10/20 | J | | |
| 138. Omnicom | | | | | | | | | |
| 139. Oracle Corp | | | | | Buy | 4/25 | J | | |
| 140. | | | | | Buy | 7/13 | J | | |
| 141. | | | | | Buy | 9/21 | J | | |
| 142. | | | | | Buy | 10/20 | J | | |
| 143. Pepsico Incorporated | | | | | Buy | 4/25 | J | | |
| 144. | | | | | Partial Sale | 10/24 | J | A | |
| 145. Pfizer Incorporated | | | | | Partial Sale | 1/31 | J | | |
| 146. | | | | | Buy | 4/25 | J | | |
| 147. | | | | | Sell | 6/28 | J | | |
| 148. Procter & Gamble Co | | | | | Buy | 2/25 | J | | |
| 149. | | | | | Partial Sale | 10/7 | J | A | |
| 150. Qualcomm Inc | | | | | Buy | 2/8 | J | | |
| 151. | | | | | Buy | 4/25 | J | | |
| 152. | | | | | Buy | 7/13 | J | | |
| 153. | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Partial Sale | 11/9 | J | A | |
| 155. Starbucks Corporation | | | | | Buy | 8/16 | J | | |
| 156. | | | | | Buy | 10/20 | J | | |
| 157. | | | | | Partial Sale | 11/10 | J | A | |
| 158. Stryker Corp | | | | | Buy | 1/31 | J | | |
| 159. | | | | | Buy | 2/25 | J | | |
| 160. | | | | | Sell | 10/17 | J | | |
| 161. Sysco Corporation | | | | | Buy | 4/25 | J | | |
| 162. Target Corp | | | | | Buy | 2/25 | J | | |
| 163. | | | | | Buy | 12/22 | J | | |
| 164. | | | | | Buy | 12/29 | J | | |
| 165. Texas Instruments Inc | | | | | Partial Sale | 2/25 | J | | |
| 166. | | | | | Buy | 10/20 | J | | |
| 167. Total SA Sponsored ADR | | | | | Buy | 11/10 | J | | |
| 168. 3M Co | | | | | Buy | 1/13 | J | | |
| 169. | | | | | Partial sale | 4/15 | J | A | |
| 170. | | | | | Buy | 6/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15.001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sell | 8/11 | J | | |
| 172. UPS | | | | | Sell | 1/7 | J | A | |
| 173. United Technologies Corp | | | | | Buy | 4/25 | J | | |
| 174. Unitedhealth Group Inc | | | | | Buy | 4/25 | J | | |
| 175. | | | | | Buy | 10/12 | J | | |
| 176. | | | | | Buy | 10/20 | J | | |
| 177. Zimmer Holdings | | | | | Buy | 10/13 | J | | |
| 178. | | | | | Sell | 10/13 | J | | |
| 179. West Des Moines State Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions
The term as a Trustee of Dakota Wesleyan University expired in April, 2006.

II. Agreements.
The previously reported Nyemaster Law Firm deferred compensation agreement was in effect only through February, 2004, and is no longer in existence.

III. Non-investment Income.
As previously reported the payment of deferred compensation from the Nyemaster Law Firm on February 27, 2004 represented the final payment. The plan was no longer in existence in 2005.

VII. Investments and Trusts.
Due to an oversight on the part of the broker handling management of the stock portfolio, resulting from stocks being in a closed position and therefore not appearing at the time the computer run on the portfolio was performed, the prior Financial Disclosure Report inadvertently failed to report acquisition of stock in Delphi Corp. (# 40) acquired 3/25/04 with J value, Freescale Semiconductor B (# 45) acquired 3/25/04 and 11/9/04 with J value, Anheuser Busch Cos. Inc. (# 87) acquired 3/26/04 and 7/1/04 with J value, Gannett Co. Inc. (# 106) acquired 3/26/04 and 8/10/04 with J value, and Honeywell Intl. Inc. (# 110) acquired 8/31/04 and 10/20/04 with J value. Backup procedures have been adopted to avoid this error in the future.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gritzner, James E | 05/02/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                      Date  5/2/06

N                                        ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
A

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544